# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132686

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC:  132686
                                COA:  262862
                                Oakland CC:  04-198959-FH
                                                   04-198962-FC

RICHARD STEVEN SERVOSS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 17, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007                                         
_____
                                                             Clerk

s0416